AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00042 |
| DANIEL JAHLEEL THOMAS<br>also known as "dandue" | ) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 2/28/2022<br>) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 25, 2022  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), 841(b)(1)(C), 841(b)(1)(D) | Possession with the Intent to Distribute Marijuana and Oxycodone |
| 18 U.S.C. 924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of a Drug Trafficking Offense |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua B. Rothman, Speical Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: February 28, 2022

*Judge's signature*

City and state:  Washington, DC     Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*